# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2020

## NO. 03-19-00074-CV

**Aaron Erickson, Appellant**

**v.**

**Stephanie Reeh, Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on January 2, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.